# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

UNITED STATES OF AMERICA

vs.                                    NO. 4:10CR00190-002 SWW

IRENE CORONA MEJIA

<u>**ORDER**</u>

Pending before the Court is government's motion to dismiss indictment against defendant Irene Corona Mejia pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

IT IS SO ORDERED that the government's motion to dismiss indictment against the above-named defendant be ***GRANTED***, and the indictment pending against defendant Irene Corona Mejia is ***dismissed without prejudice***.

DATED this 29th day of August 2011.

<u>/s/Susan Webber Wright</u>

UNITED STATES DISTRICT JUDGE